UNITED STATES v. LOEB et al.

(Circuit Court, S. D. New York. January 18, 1899.)

No. 2,474.

CUSTOMS DUTIES—CLASSIFICATION—HEMSTITCHED LAWNS.

Certain hemstitched lawns *held* to be dutiable as manufactures of cotton not otherwise provided for, under paragraph 355 of the act of 1890, and not as "partly made cotton wearing apparel," under paragraph 349.

This was an application by the United States for a review of a decision of the board of general appraisers in respect to the classification for duty of certain goods imported by Loeb & Schoonfeld.

The merchandise consisted of certain hemstitched lawns, which were classified for duty by the collector as "partly made cotton wearing apparel," at 50 per cent. ad valorem, under paragraph 349 of the act of October 1, 1890. The importers protested that the goods were manufactures of cotton not otherwise provided for, dutiable at 40 per cent. ad valorem, under paragraph 355 of the same act. No evidence was taken before the board of general appraisers, which found and decided that the merchandise in question was hemstitched lawns, and sustained the claim of the importers; the board referring to the case In re Mills, 56 Fed. 820. The government appealed, upon the record as sent up by the board.

James T. Van Rensselaer, Asst. U. S. Atty.

W. Wickham Smith, for appellees.

WHEELER, District Judge. The classification of these hemstitched lawns, appealed from, appears to have been made in accordance with In re Mills, 56 Fed. 820. The protest is criticised as misleading, but as it referred to the right paragraph, and claimed the correct rate, it appears to have been sufficient, notwithstanding the alleged misdescriptions of the goods. Decision affirmed.